

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00336-CR

| | | |
|---|---|---|
| Ibrane D. Barefield | § | From the 371st District Court |
| | § | of Tarrant County (1347073D) |
| v. | § | February 11, 2016 |
| | § | Opinion by Justice Gardner |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to delete the total costs of court of $529 and modified to reflect a total costs of court of $479. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Anne Gardner
      Justice Anne Gardner